PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES, as Trustee under the Will of SAMUEL J. TILDEN, Deceased, Respondent, *v.* RICHARD T. STAUFFER et al., Defendants; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of MARIE C. S. EASTWICK and as Trustee under a Testamentary Trust for the EYE, EAR, NOSE AND THROAT HOSPITAL OF NEW ORLEANS, LOUISIANA, Respondent, and PETER BURNETT, Appellant.

Submitted February 17, 1947; decided February 21, 1947.

*Samuel J. Levinson, Frank Weinstein* and *Robert Bernstein* for motion.

*Stanley F. Reed, Jr.,* for plaintiff, opposed.

*Williamson Pell, Jr.,* and *Pandia C. Ralli* for United States Trust Company of New York as executor, opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21( subd. b) of the Rules of the Court of Appeals are filed.